RECEIVED
IN LAKE CHARLES, LA.
JUN 16 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DARREL TREMAINE CARTER | * | CIVIL ACTION NO. 2:13-CV-2324 |
| Plaintiff | * | |
| V. | * | JUDGE MINALDI |
| SHERIFF'S OFFICE CALCASIEU PARISH, ET AL. | * | MAGISTRATE JUDGE KAY |
| Defendants | * | |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's complaint be and hereby is **DISMISSED, WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the plaintiff's Motion for Production of Public Records [Doc. 9] be and hereby is **DENIED, AS MOOT.**

Lake Charles, Louisiana, this 13 day of June, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE